UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD ERIC KANDELL,<br><br>    Plaintiff<br><br>v.<br><br>SUR 702, et al.,<br><br>    Defendants | Case No.: 2:23-cv-00248-APG-EJY<br><br>**Order Granting Motion to Extend Time**<br><br>[ECF No. 8] |

    I ORDER that plaintiff Ronald Kandell's motion to extend time (ECF No. 8) is GRANTED. Kandell must file an objection to Magistrate Judge Youchah's report and recommendation by June 16, 2023.

    DATED this 24th day of May, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE