# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD ERIC KANDELL,<br><br>  Plaintiff<br><br>v.<br><br>SUR 702, et al.,<br><br>  Defendants | Case No.: 2:23-cv-00248-APG-EJY<br><br>**Order** |

I previously gave plaintiff Ronald Kandell until **July 23, 2023** to file an amended complaint. ECF No. 12.  I advised him that failure to file an amended complaint by that date would result in the case being closed. ECF No. 12.  Kandell has not done so.  Consequently, Kandell's remaining claims are dismissed without prejudice.

I THEREFORE ORDER the clerk of court to close this case.

DATED this 27th day of July, 2023.

                                             ANDREW P. GORDON
                                             UNITED STATES DISTRICT JUDGE